IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MARK J. CHRISTMAN, | ) | |
| --- | --- | --- |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-397 |
| | ) | Magistrate Judge Amy Reynolds Hay |
| TYMACO, INC. and | ) | |
| ICE CASTLE, INC., | ) | |
| Defendants | ) | |

## ORDER

AND NOW, this 20th day of May, 2008, the Defendants having filed a Motion for Post-Trial Relief, Dkt. [46], IT IS HEREBY ORDERED that on or before June 20, 2008, Plaintiff shall file his Response to said motion.

/s/ *Amy Reynolds Hay*
United States Magistrate Judge

cc: All counsel of record by Notice of Electronic Filing